**No. 24-1261**

---

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

---

DAVID M. KISSNER, an individual,

*Plaintiffs-Appellants*,

v.

LOMA PRIETA JOINT UNION SCHOOL DISTRICT; ET AL.,

*Defendants-Appellees*.

On Appeal from the United States District Court
for the Northern District of California, San Francisco
No. 5:22-cv-00949-CRB
Hon. Charles R. Breyer

**APPELLANT'S EXCERPTS OF RECORD**
**INDEX VOLUME**

WILLIAM J. BECKER, JR., ESQ.
Bill@FreedomXLaw.com
FREEDOM X
11500 Olympic Blvd., Suite 400
Los Angeles, California 90064
Telephone: (310) 636-1018

Attorneys for Appellant
DAVID M. KISSNER

**No. 22-00949**

## INDEX TO DOCUMENT REFERENCES IN EXCERPTS OF RECORD

### VOLUME I OF III


| Description of Item | Record Entry No. | Excerpt Page No. |
|---|---|---|
| Judgment (01/30/2024)………………………………………… | R.123 | ER-2 |
| Order GRANTING In Part And DENYING In Part Motion For Summary Judgment (09/08/2023)…………………………………………… | R.106 | ER-3 |


### VOLUME II OF III


| Description of Item | Record Entry No. | Excerpt Page No. |
|---|---|---|
| REPLY In Support Of Defendants Lisa Fraser, Kevin Grier, Billy Martin, Deana Arnold, Ben Abeln, Ron Bourque, Charlotte Khandelwal, and Erin Asheghian's Motion For Summary Judgment Or, In The Alternative, Partial Summary Judgment (07/14/2023)…………………………………………… | R.102 | ER-39 |
| Notice Of Errata [Plaintiffs' Opposition To Motion For Summary Judgment And Statement Of Non-Opposition; Memorandum Of Points And Authorities In Support Thereof] (07/08/2023)…………………………………………… | R.101 | ER-55 |
| Plaintiffs' Opposition To Motion For Summary Judgment And Statement Of Non-Opposition; Memorandum Of Points And Authorities In Support Thereof (07/07/2023)…………………………………………… | R.99 | ER-57 |

**Exhibit 1, Hiring Contracts (11/29/2012)…………………………………… R.99-2 ER-89**

**Exhibit 2, Letter (10/18/2018)…………………………………… R.99-3 ER-97**

**Exhibit 3, Letter (10/28/2018)…………………………………… R.99-4 ER-99**

**Exhibit 4, Certified Copy Of Transcript - EXCERPT (08/09/2021)…………………………………… R.99-5 ER-103**

**Exhibit 5, Certified Copy Of Transcript - EXCERPT (08/11/2021)…………………………………… R.99-6 ER-121**

**Exhibit 6, Public Records Act Request and Response (08/11/2021)…………………………………… R.99-7 ER-128**

**Exhibit 7, Public Records Act Response (08/11/2021)…………………………………… R.99-8 ER-133**

**Exhibit 8, Certified Copy Of Transcript - EXCERPT (04/26/2021)…………………………………… R.99-9 ER-136**

**Exhibit 9, Certified Copy Of Transcript - EXCERPT (04/27/2021)…………………………………… R.99-10 ER-163**

**Exhibit 10, Email (02/03/2021)…………………………………… R.99-11 ER-169**

**Exhibit 11, Board Resolution (03/10/2021)…………………………………… R.99-12 ER-172**

**Exhibit 12, Layoff Notice (03/12/2021)…………………………………… R.99-13 ER-174**

**Exhibit 13, Screenshot (09/16/2021)........................................ R.99-14 ER-176**

**Exhibit 14, Supplemental Responses to Interrogatories (06/26/2023)........................................ R.99-15 ER-177**

**Exhibit 14, Board Approved Personnel Report (06/16/2021)........................................ R.99-15 ER-185**

**Exhibit 16, Board Presentation (06/16/2021)........................................ R.99-17 ER-189**

**Exhibit 17, Certified Copy Of Transcript - EXCERPT (10/13/2021)........................................ R.99-18 ER-193**

**Exhibit 18, Board Agenda and Minutes (02/12/2020)........................................ R.99-19 ER-195**

**Exhibit 19, Amended Board Policy 4119.21 (02/12/2020)........................................ R.99-20 ER-206**

**Exhibit 20, Original Board Policy 4119.21 (05/09/2012)........................................ R.99-21 ER-209**

**Exhibit 21, Warning Letter, Unprofessional Conduct (03/31/2020)........................................ R.99-22 ER-218**

**Exhibit 22, Warning Letter, Unsatisfactory Performance (04/02/2020)........................................ R.99-23 ER-221**

**Exhibit 23, Letter (03/22/2021)........................................ R.99-24 ER-224**

**Exhibit 28, Email (04/12/2021)........................................ R.99-29 ER-230**

**Defendants Lisa Fraser, Kevin Grier, Billy Martin, Deana Arnold, Ben Abeln, Ron Bourque, Charlotte Khandelwal, And Erin Asheghian's Notice Motion And Motion For Summary Judgment Or, In The Alternative, Partial Summary Judgment (06/23/2023)…………………………………………… R.97 ER-231**

**Exhibit E – EXCERPT. Decision [Before A Commission On Professional Competence Loma Prieta Joint Union School District State of California, In The Matter Of The Dismissal Of: David Kissner, A Permanent Certificated Employee, Respondent. (OAH Number 2021050291) (06/23/2023)…………………………………… R.97-6 ER-259**

**Exhibit 13 – EXCERPT. Notice Of Intent To Dismiss And Statement Of Charges (02/12/2021)…………………………………… R.97-18 ER-264**

**VOLUME III OF III**


| Description of Item | Record Entry No. | Excerpt Page No. |
|---|---|---|
| Declaration and Exhibit. REDACTED Notice Of Intent To Dismiss And Statement Of Charges (06/09/2022)…………………………………… | R.51-1 | ER-290 |
| Verified Second Amended Complaint (03/17/2022)…………………………………………… | R.13 | ER-325 |
| Plaintiff's Notice Of Appeal (02/28/2024)…………………………………………… | R.127 | ER-421 |
| U.S. District Court Docket Sheet Northern District of California (San Francisco) Case No. 3:22−cv−00949−CRB…………………… | N/A | ER-423 |