No. 24-1261

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

DAVID M. KISSNER,

*Plaintiff-Appellant*,

v.

LOMA PRIETA JOINT UNION SCHOOL DISTRICT, et al.,

*Defendants-Appellees*.

On Appeal from the United States District Court
for the Northern District of California, San Francisco
No. 3:22-cv-00949-CRB
Hon. Charles R. Breyer

**SUPPLEMENTAL EXCERPTS OF RECORD**
**[Index Volume]**

Golnar J. Fozi (Cal. Bar No. 167674)
Daniel S. Modafferi (Cal. Bar No. 294510)
Fozi Dwork & Modafferi, LLP
5942 Priestly Drive, Suite 100
Carlsbad, California 92008
Tel: 760-444-0039
Fax: 760-444-0130
Email: *gfozi@fdmattorneys.com*
*dmodafferi@fdmattorneys.com*

Counsel for Appellees

## INDEX

| Date | Document | Dist. Ct. Dkt. No. | Pgs./Vol. |
|---|---|---|---|
| 06/09/2022 | Notice of Voluntary Dismissal without Prejudice of State Claims against the District and District Defendants Only | 50 | 2 – 3 Volume 1 |
| 08/25/2022 | Notice of Voluntary Dismissal without Prejudice of Remaining Claims against the District | 66 | 4 Volume 1 |
| 06/23/2023 | Request for Judicial Notice in Support of Defendants' Motion for Summary Judgment | 97-1 | 5 – 7 Volume 1 |
| 06/23/2023 | Exh. C to MSJ – Minutes of March 25, 2021, Meeting of LPJUSD Board of Trustees | 97-4 | 8 – 15 Volume 1 |
| 06/23/2023 | Exh. D to MSJ – Statement of Decision in the Matter of the Reduction in Force of David Kissner, dated May 3, 2021 | 97-5 | 16 – 32 Volume 1 |
| 06/23/2023 | Exh. E to MSJ – Statement of Decision in the Matter of the Dismissal of David Kissner, dated December 7, 2021 | 97-6 | 33 – 70 Volume 1 |
| 06/23/2023 | Exh. G to MSJ – Plaintiff's Responses to Kevin Grier's Requests for Admission | 97-9 | 71 – 75 Volume 1 |
| 06/23/2023 | Exh. N to MSJ – Excerpts from Transcript of Depo. of David Kissner, taken June 9, 2023 | 97-16 | 76 – 87 Volume 1 |
| 06/23/2023 | Exh. 12 to Kissner Depo – Stipulation of Jurisdictional Facts | 97-17 | 88 – 136 Volume 1 |
| 06/23/2023 | Exh. 13 to Kissner Depo – Notice of Intent to Dismiss | 97-18 | 138 – 392 Volume 2 |