# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 32. Response to Notice of Case Being Considered for Oral Argument

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form32instructions.pdf

**9th Cir. Case Number(s)**: 24-1261

**Case Name**: Kissner v. Loma Prieta Joint Union School District, et al.

**Hearing Location** (*city*): Pasadena

**Your Name**: Daniel S. Modafferi (Cal. Bar No. 294510)

List the sitting dates for the two sitting months you were asked to review:

January 2025
February 2025

Do you have an unresolvable conflict on any of the above dates? ◉ Yes  ○ No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

February 10-14, 2025: I am trial counsel for the County of Imperial in a civil case that is set for a multi-week trial beginning February 10, 2025. Imperial County Superior Court case no. ECU002763.

I am available the other dates that the parties were asked to review.

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

○ Yes  ◉ No

If yes, list the number, name, and hearing city of each of the other case(s):

**Signature**: /s/ Daniel S. Modafferi        **Date**: September 5, 2024

(*use "s/[typed name]" to sign electronically-filed documents*)

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 32**                                                                 *New 12/01/2018*