| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | DEC 20 2024 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

DAVID M. KISSNER,

    Plaintiff - Appellant,

v.

LOMA PRIETA JOINT UNION ELEMENTARY SCHOOL DISTRICT, a California public agency; et al.,

    Defendants - Appellees.

No. 24-1261

D.C. No. 3:22-cv-00949-CRB
Northern District of California, San Francisco

ORDER

The court is of the unanimous opinion that the facts and legal arguments are adequately presented in the briefs and record, and the decisional process would not be significantly aided by oral argument. This case shall be submitted on the briefs and record, without oral argument, on January 17, 2025, in Pasadena, California. Fed. R. App. P. 34(a)(2).

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT