

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

MAR 3 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DAVID M. KISSNER,<br><br>    Plaintiff - Appellant,<br><br> v.<br><br>LOMA PRIETA JOINT UNION ELEMENTARY SCHOOL DISTRICT, a California public agency; et al.,<br><br>    Defendants - Appellees. | No. 24-1261<br><br>D.C. No. 3:22-cv-00949-CRB<br>Northern District of California, San Francisco<br><br>ORDER |

Before: TALLMAN, FRIEDLAND, and BENNETT, Circuit Judges.

The panel has unanimously voted to deny Appellant's petition for panel rehearing. Judge Friedland and Judge Bennett have voted to deny the petition for rehearing en banc, and Judge Tallman so recommends. The full court has been advised of the petition for rehearing en banc, and no judge has requested a vote on whether to rehear the matter en banc. Fed. R. App. P. 40.

The petitions for panel rehearing and rehearing en banc are **DENIED**.